1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH MOORE, JR.,

11           Plaintiff,                    No. 2:12-cv-2119 JFM (PC)

12        vs.

13   CALIFORNIA P.I.A., et al.,

14           Defendants.              ORDER

15   _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.  However, the certificate portion of the request which must be completed by

19   plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a

20   certified copy of his prison trust account statement for the six month period immediately

21   preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the

22   opportunity to submit a completed in forma pauperis application and a certified copy in support

23   of his application.

24   /////

25   /////

26   /////

1

1    In accordance with the above, IT IS HEREBY ORDERED that:

2    1.  Within thirty days from the date of this order, plaintiff shall complete the

3 attached Notice of Submission and submit the following documents to the court:

4    a.  A complete Application to Proceed In Forma Pauperis By a Prisoner;

5 and

6    b.  a certified copy of plaintiff's prison trust account statement for the six

7 month period immediately preceding the filing of the complaint.

8    2.  The Clerk of the Court is directed to send plaintiff a new Application to

9 Proceed In Forma Pauperis By a Prisoner; and

10    3.  Plaintiff's failure to comply with this order may result in the dismissal of this

11 action without prejudice.

12 DATED: October 16, 2012.

13

14

UNITED STATES MAGISTRATE JUDGE

15

16 /014;moor2119.3c

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9    KENNETH MOORE, JR.,

10             Plaintiff,                    No. 2:12-cv-2119 JFM (PC)

11         vs.

12   CALIFORNIA P.I.A., et al.,

13             Defendants.              NOTICE OF SUBM ISSION

14   _____/

15         Plaintiff hereby submits the following document in compliance with the court's

16   order filed _____:

17             _____        Complete Application to Proceed In Forma Pauperis
                                      By a Prisoner/Certified Copy of Prison Trust
18                                    Account Statement

19   DATED:

20

21                                    _____

                                      Plaintiff
22

23

24

25

26

3